1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| CLAYTON JESSUP, | ) | 1:04-CV-05752 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| v. | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| D. ADAMS, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

13

14

15

16

17

18

19

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20

pursuant to 28 U.S.C. § 2254.

21

        On August 31, 2006, the Magistrate Judge issued a Findings and Recommendation that

22

recommended the petition for writ of habeas corpus be DENIED with prejudice and the Clerk of

23

Court be DIRECTED to enter judgment.  This Findings and Recommendation was served on all

24

parties and contained notice that any objections to the Findings and Recommendation were to be

25

filed within ten (10) days of the date of service of the order.  Over ten (10) days have passed and no

26

party has filed objections. The Court notes, however, that the Findings and Recommendation served

27

on Petitioner was returned by the U.S. Postal Service as undeliverable.

28

U.S. District Court

E. D. California        cd

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

2    *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

3    and Recommendation is supported by the record and proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1. The Findings and Recommendation issued August 31, 2006, is ADOPTED IN FULL;

6    2. The petition for writ of habeas corpus is DENIED with prejudice; and

7    3. The Clerk of the Court is DIRECTED to enter judgment.

8    IT IS SO ORDERED.

9    **Dated:      October 10, 2006**                          **/s/ Oliver W. Wanger**
     emm0d6                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California          cd                                          2